# LAW OFFICE OF PETER A. ROMERO

Peter A. Romero
promero@romerolawny.com

David D. Barnhorn
dbarnhorn@romerolawny.com

August 21, 2023

<u>VIA ECF</u>
Hon. James M. Wicks
United States Magistrate Judge
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

      Re:    *Cassity Bannister v. Kedrion Biopharma Inc.*
                <u>Docket No.: 22-cv-05295 (GRB) (JMW)</u>

Dear Judge Wicks:

      This firm represents the Plaintiff in the above-referenced action brought against Defendant for its alleged failure to timely pay wages in violation of New York Labor Law § 191. Your Honor entered a stay of this action through June 21, 2023 to permit the parties to engage in private mediation and to engage in subsequent negotiations, as necessary, and directed the parties to submit a status report by today. Plaintiff writes on behalf of all parties to report that the parties engaged in mediation and have continued to engage in settlement negotiations thereafter. As of this writing, the parties are continuing to actively engage in settlement negotiations and anticipate finalizing the terms of their potential resolution in the next few weeks. The parties request that the current stay of this matter continue until September 20, 2023 and that the parties be permitted to submit an additional status report in thirty days.

      We thank the Court for its consideration of this request.

                                            Respectfully submitted,

                                            */S/ David D. Barnhorn*
                                            _____
                                            DAVID D. BARNHORN, ESQ.

C:     All Counsel of Record *via* ECF