UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
CASSITY BANNISTER, on behalf of herself and
all other persons similarly situated,

                          Plaintiff,

       -against-

KEDRION BIOPHARMA INC.,

                         Defendant.
-------------------------------------------------------------------X

Docket No.: 22-cv-05295
(GRB) (JMW)

## STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE

**IT IS HEREBY STIPULATED AND AGREED**, by and between Plaintiff and Defendant, through their undersigned counsel of record, that the Parties hereby stipulate, consent, and agree that Plaintiff's Complaint shall be dismissed without prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

A facsimile or PDF copy of this stipulation shall be treated with the same force and effect as an original copy of this stipulation.

| ROMERO LAW GROUP PLLC | LITTLER MENDELSON P.C. |
|---|---|
| */s/ David Barnhorn* | */s/ Matthew R. Capobianco* |
| Peter A. Romero, Esq. | Matthew R. Capobianco, Esq. |
| David D. Barnhorn, Esq. | Daniel Gomez-Sanchez, Esq. |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |
| 490 Wheeler Road, Suite 250 | 290 Broadhollow Road, Suite 305 |
| Hauppauge, New York 11788 | Melville, New York 11747 |
| Tel.: (631) 257-5588 | Tel.: (631) 247-4700 |
| | |
| Dated: September 29, 2023 | Dated: September 29, 2023 |